THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Randy Marchant, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court 
 Judge

Unpublished Opinion No.  2004-UP-587
Submitted November 1, 2004  Filed November 
 17, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, 
 Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Randy Marchant appeals the revocation of his probation 
 for assault and battery of a high and aggravated nature.  Marchants appellate 
 counsel has petitioned to be relieved as counsel, stating he has reviewed the 
 record and has concluded Marchants appeal is without merit.  The sole issue 
 briefed by counsel concerns whether the circuit court erred in failing to revoke 
 Marchants probation without first providing him a preliminary hearing.  Marchant 
 did not file a separate pro se reply brief.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
  1 We decide this case without oral argument pursuant to Rules 
 215 and 220(b)(2), SCACR.